435 A.2d 177

**TOWNSHIP OF KENNEDY, a municipal corporation,**

v.

**OHIO VALLEY GENERAL HOSPITAL, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 14, 1981.

Decided Oct. 8, 1981.

Arthur H. Stroyd, Jr., Reed, Smith, Shaw & McClay, Pittsburgh, for appellant.

Joseph J. Pass, Jr., Jubelirer, Pass & Intrieri, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Court of Common Pleas of Allegheny County is affirmed.